266 So.2d 220

**Sandra Jean FAYARD wife of Mayer Jules Heiman**

**v.**

**Dr. Mayer Jules HEIMAN.**

No. 52740.

Sept. 19, 1972.

Writ denied. There is no error of law in the judgment complained of.

266 So.2d 220

**Joseph P. FASULLO et al.**

**v.**

**The AMERICAN DRUGGISTS' INSURANCE CO., et al.**

No. 52630.

Sept. 19, 1972.

SUMMERS, J., is of the opinion the writ should be granted.